THOMPSON, Judge.
AFFIRMED. We affirm the summary denial of Edwards’ 3.800(a)[1] motion for post-conviction relief without prejudice. Although Edwards argues that the court imposed improper consecutive habitual offender sentences because they arose out of a single factual event, Hale v. State, 630 So.2d 521 (Fla.1993), cert. denied, — U.S. —, 115 S.Ct. 278, 130 L.Ed.2d 195 (1994), the correct remedy to seek relief is a properly filed Rule 3.850 motion. See Massey v. State, 648 So.2d 785 (Fla. 5th DCA 1994); Borders v. State, 643 So.2d 110 (Fla. 2d DCA 1994); Callaway v. State, 642 So.2d 636 (Fla. 2d DCA 1994) (question certified).
HARRIS, C.J., and GRIFFIN, J., concur.

. See Fla.R.Crim.P. 3.800(a).